IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AKSHAR PRABHU DESAI, alias PURUSHOTTAM PRABHU DESAI, | |
| Plaintiff, | |
| vs. | 4:26-CV-3061 |
| LOREN K. MILLER, in his official capacity as Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, and JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services, | ORDER |
| Defendants. | |

This matter is before the Court on its own motion with respect to the government's pending motion for partial dismissal (filing 13). That motion was filed on May 28, 2026. Filing 14. The plaintiff filed a timely response on June 18. Filing 15; NECivR 7.1(b)(1)(B). The government's reply deadline was originally June 25, but the Court extended that deadline on the government's motion, and it's now due on July 2. *See* filing 16; filing 17; NECivR 7.1(c)(1).

Then, on June 28, the plaintiff filed an "amended brief" in opposition to the government's motion to dismiss, without seeking leave to do so. Filing 18. A footnote in that brief explains that the amended brief was intended "to correct minor citation errors/omissions and typographical errors in the original opposition brief." Filing 18 at 1.[1]

---

[1] Having examined the briefs, the Court notes that the "minor citation/errors omissions" were, primarily if not exclusively, removing citations to *Humphrey v. Eureka Gardens Pub. Facility*

Nonetheless, the Court finds it appropriate to provide the government with additional time to reply in support of its motion. While the plaintiff represents that the amended brief made no substantive changes to his argument, the government is entitled to the full measure of its reply deadline, to scrutinize the amended brief and conform its own arguments and citations to the plaintiff's operative response. Accordingly,

IT IS ORDERED:

1.    The plaintiff's superseded response brief (filing 15) is stricken.

2.    The government may reply in support of its motion to dismiss (filing 13) on or before July 6, 2026.

Dated this 30th day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

*Bd.*, 891 F.3d 1079 (8th Cir. 2018) supporting propositions of law appearing nowhere in that case. *Compare* filing 15 at 4-5, 7, 12, *with* filing 18 at 4-5, 7, 13, *and Humphrey*, 891 F.3d at 1081. How that occurred is a question the Court does not address now, but may take up should similar issues recur. *See* NECivR 7.1(d)(2).